**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Telephone:    (312) 471-8700
Facsimile:    (312) 471-8701
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:    (415) 275-8550
Facsimile:    (415) 275-8551

*Attorneys for Defendant*
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BRENMAN, and AVIVA COPAKEN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendants. | ) Case No. 3:25-cv-06995-JD<br>)<br>) **DECLARATION OF NOEMI KELLEY**<br>)<br>) DATE:<br>) TIME:<br>) COURTROOM:<br>)<br>) Honorable James Donato<br>) United States District Judge<br>)<br>) |

I, Noemi Kelley, declare as follows:

1.      I make this declaration in support of Defendant United Airlines, Inc.'s ("United") Motion to Dismiss the Complaint filed by Plaintiffs Aviva Copaken ("Copaken") and Marc Brenman ("Brenman") (collectively, "Plaintiffs") in the above-captioned matter. I am over 18 years of age, have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, can testify fully and competently as to those facts.

2.    I am the Manager – Legal Department Operations & Administration in the Legal Department of United. As part of my duties as Manager in the Legal Department, I am responsible for maintaining copies of United's Contract of Carriage (the "CoC"). This Declaration is based on my personal knowledge and my review of United's records that are kept and maintained in the ordinary course of United's business.

3.    I understand from my review of the Complaint filed in this action that Plaintiffs asserts claims relating to flights they allegedly purchased "in or around April 2025" and "in or around May 2025". Complaint ¶¶ 48, 51. Attached as Exhibit 1 is a true and correct copy of the CoC that has been in effect since January 22, 2025. In accordance with United's standard practice, the attached CoC would have been available on United's website, www.united.com, on that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025.

Noemi Kelley

DECLARATION OF NOEMI KELLEY – 3:25-cv-06995-JD

- 2 -