**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Telephone:      (312) 471-8700
Facsimile:      (312) 471-8701
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:      (415) 275-8550
Facsimile:      (415) 275-8551

*Attorneys for Defendant*
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BRENMAN, and AVIVA COPAKEN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendants. | ) **Case No. 3:25-cv-06995-JD**<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANT UNITED AIRLINES,**<br>) **INC.'S MOTION TO DISMISS**<br>) **PLAINTIFFS' CLASS ACTION**<br>) **COMPLAINT**<br>)<br>) **DATE:  November 6, 2025**<br>) **TIME:  10:00 a.m.**<br>) **COURTROOM: 11**<br>)<br>) Honorable James Donato<br>) United States District Judge |

The Court, having reviewed the papers filed in support of and in opposition to Defendant United Airlines, Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint, and good cause appearing, hereby rules on Defendant's motion as follows:

IT IS HEREBY ORDERED that Defendant United Airlines, Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint is GRANTED.

Plaintiffs Marc Brenman and Aviva Copaken have failed to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs' claims are preempted under the Airline Deregulation Act. Independently, Plaintiffs' claims are based on the incorrect presumption that United's seat selection process guaranteed that "window" seats would always have external-facing views. Plaintiffs have also failed to allege any breach of United's Contract of Carriage ("CoC") or address the CoC's liability limitations related to seat assignments.

Additionally, Count I is improperly pleaded as a separate cause of action. Count II for breach of contract is not based on any valid contractual provisions. Count III is precluded by the CoC. Count IV fails because Plaintiffs do not plead with particularity under Fed. R. Civ. P. 9(b).

For these reasons, Plaintiffs' Complaint against Defendant is dismissed in its entirety, with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable James Donato
United States District Judge