**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Telephone:     (312) 471-8700
Facsimile:     (312) 471-8701
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:     (415) 275-8550
Facsimile:     (415) 275-8551

*Attorneys for Defendant*
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BRENMAN, AVIVA COPAKEN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED AIRLINES, INC.,<br><br>        Defendant. | **Case No. 3:25-cv-06995-JD**<br><br>**JOINT STIPULATION FOR EXTENSION AND BRIEFING SCHEDULE; DECLARATION OF SONDRA A. HEMERYCK; AND [PROPOSED] ORDER**<br><br>Complaint Filed: August 19, 2025<br>Honorable James Donato |

Pursuant to Civil L.R. 6-2, Plaintiffs Marc Brenman, Aviva Copaken, Sean Minyard, Robert Monroe, and Cindy Pawlowski (collectively, "Plaintiffs") and Defendant United Airlines, Inc. ("Defendant"), by and through their respective attorneys, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiffs' First Amended Class Action Complaint ("FAC") and to set a briefing schedule for Defendant's anticipated motion to dismiss the FAC, and request an order establishing the dates set forth below.

WHEREAS, Plaintiffs filed their initial Complaint on August 19, 2025 (Dkt. No. 1) and

3:25-cv-06995-JD

1    served Defendant with the Summons and Complaint on August 21, 2025;

2        WHEREAS, after the parties stipulated and agreed to extend the time for Defendant to

3    respond to Plaintiffs' initial Complaint (Dkt. No. 15), Defendant filed a Motion to Dismiss

4    Plaintiffs' Complaint on October 2, 2025 (Dkt. No. 23);

5        WHEREAS, on October 15, 2025, Plaintiffs filed the FAC (Dkt. No. 24);

6        WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the

7    FAC is currently due to be filed on or before October 29, 2025;

8        WHEREAS, Defendant has advised Plaintiffs that it intends to file a motion to dismiss the

9    FAC;

10        WHEREAS, due to conflicting obligations of counsel for the parties, including travel for

11    previously scheduled court proceedings and depositions, as well as the upcoming Thanksgiving

12    holiday, the parties have conferred and have agreed (1) to extend Defendant's deadline to respond

13    to the FAC and (2) to the set a schedule for the briefing of Defendant's anticipated motion, as

14    follows:

15        • Defendant's deadline to respond to the FAC shall be extended to November 10, 2025;

16        • Plaintiffs shall respond to Defendant's motion to dismiss the FAC on or before

17            December 5, 2025; and

18        • Defendant shall file a reply in support of its motion to dismiss on or before December

19            12, 2025.

20        WHEREAS, the Court has not yet entered a scheduling order in this case that will be

21    impacted by the time modifications set forth herein; and

22        WHEREAS, the parties agree that this stipulation does not waive any right of the parties to

23    agree to or to request further extensions;

24        NOW THEREFORE, the parties hereby stipulate and agree, and request an order, that:

25        • Defendant's deadline to respond to the FAC shall be extended to November 10, 2025;

26        • Plaintiffs shall respond to Defendant's anticipated motion to dismiss the FAC on or

27            before December 5, 2025; and

28

-2-        3:25-cv-06995-JD

1      • Defendant shall file a reply in support of its motion to dismiss on or before December

2         12, 2025.

3         **IT IS SO STIPULATED.**

4    Dated: October 23, 2025                RILEY SAFER HOLMES & CANCILA LLP

5                                           By: */s/ Sondra A. Hemeryck*

6                                              Sondra A. Hemeryck (*pro hac vice*)
                                              Eli Litoff (*pro hac vice*)
7                                             Steven E. Vogel (*pro hac vice*)
                                              RILEY SAFER HOLMES & CANCILA LLP
8                                             70 W. Madison Street, Suite 2900
                                              Chicago, IL 60602
9                                             Telephone: (312) 471-8700
                                              Facsimile:  (312) 471-8701
10                                            shemeryck@rshc-law.com
                                              elitoff@rshc-law.com
11                                            svogel@rshc-law.com

12                                            Jeffrey R. Williams (CSB No. 084156)
                                              RILEY SAFER HOLMES & CANCILA LLP
13                                            jwilliams@rshc-law.com
                                              456 Montgomery Street, 16th Floor
14                                            San Francisco, CA 94104
                                              Telephone:(415) 275-8550
15                                            Facsimile: (415) 275-8551

16                                            *Attorneys for Defendant*,
                                              UNITED AIRLINES, INC.

17   Dated: October 23, 2025                GREENBAUM OLBRANTZ, LLP

18                                           By: */s/ Carter E. Greenbaum*

19                                            Carter E. Greenbaum (SBN 344692)
                                              carter@greenbaumolbrantz.com
20                                            GREENBAUM OLBRANTZ, LLP
                                              160 Newport Center Drive, Suite 110
21                                            Newport Beach, CA 92660
                                              Tel: (332) 222-9119

22                                            Casey Olbrantz (*admitted pro hac vice*)
23                                            casey@greenbaumolbrantz.com
                                              GREENBAUM OLBRANTZ, LLP
24                                            244 Fifth Avenue, Suite C221
                                              New York, NY 10001
25                                            Tel: (332) 222-9119

26                                            *Attorneys for Plaintiffs*

27

28
                                              -3-        3:25-cv-06995-JD

JOINT STIPULATION FOR EXTENSION AND BRIEFING SCHEDULE; DECLARATION OF SONDRA A.
HEMERYCK; AND [PROPOSED] ORDER

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    Dated: _____

4

5    _____

6    Honorable James Donato

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION AND BRIEFING SCHEDULE; DECLARATION OF SONDRA A. HEMERYCK; AND [PROPOSED] ORDER