## DECLARATION OF SONDRA A. HEMERYCK

I, Sondra A. Hemeryck, declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Riley Safer Holmes & Cancila LLP, attorneys of record for Defendant United Airlines, Inc. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the parties' Joint Stipulation for Extension and Briefing Schedule.

2.      The parties' joint stipulation requests an order changing time that would extend time frames set in the Local Rules or in the Federal Rules of Civil Procedure. The reasons for the requested enlargement of time are as follows.

3.      Plaintiffs filed their initial Complaint on August 19, 2025 (Dkt. No. 1) and served Defendant with the Summons and Complaint on August 21, 2025.

4.      After the parties stipulated and agreed to extend the time for Defendant to respond to Plaintiffs' initial Complaint (Dkt. No. 15), Defendant filed a Motion to Dismiss Plaintiffs' Complaint on October 2, 2025 (Dkt. No. 23).

5.      On October 15, 2025, Plaintiffs filed a First Amended Class Action Complaint ("FAC") (Dkt. No. 24).

6.      Under Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the FAC is currently due to be filed on or before October 29, 2025.

7.      Defendant has advised Plaintiffs that it intends to file a motion to dismiss the FAC.

8.      Due to conflicting obligations of counsel for the parties, including travel for previously scheduled court proceedings and depositions, as well as the upcoming Thanksgiving holiday, the parties have conferred and have agreed (1) to extend Defendant's deadline to respond to the FAC and (2) to set a schedule for the briefing of Defendant's anticipated motion, as follows:

- Defendant's deadline to respond to the FAC shall be extended to November 10, 2025;
- Plaintiffs shall respond to Defendant's motion to dismiss the FAC on or before December 5, 2025; and
- Defendant shall file a reply in support of its motion to dismiss on or before December

-5-        3:25-cv-06995-JD

12, 2025.

9.    The Court has not yet entered a scheduling order in this case that will be impacted by the time modifications set forth herein.

I declare under penalty of perjury under the laws that the foregoing is true and correct. Executed October 23, 2025, at Chicago, Illinois.

By: /s/ Sondra A. Hemeryck

Sondra A. Hemeryck

-6-        3:25-cv-06995-JD

JOINT STIPULATION FOR EXTENSION AND BRIEFING SCHEDULE; DECLARATION OF SONDRA A. HEMERYCK; AND [PROPOSED] ORDER