**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Telephone:    (312) 471-8700
Facsimile:    (312) 471-8701
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:    (415) 275-8550
Facsimile:    (415) 275-8551

*Attorneys for Defendant*
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BRENMAN, AVIVA COPAKEN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendants. | **Case No. 3:25-cv-06995-JD**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ALLOW OVERLENGTH BRIEF**<br><br>Complaint Filed: August 19, 2025<br>Honorable Judge James Donato |

The Court, having reviewed Defendant United Airlines, Inc.'s Unopposed Motion to Reset Case Management Conference and Allow Overlength Brief, and the declaration of counsel in support thereof, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.    The Case Management Conference currently scheduled for November 20, 2025 at 10:00 a.m. is stricken;

3:25-cv-06995-JD

UNOPPOSED MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ALLOW OVERLENGTH BRIEF; DECLARATION OF SONDRA A. HEMERYCK; AND [PROPOSED] ORDER

2.      The Case Management Conference shall be held on _____, at _____ a.m., in Courtroom 11, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Counsel are directed to this Court's Order of August 26, 2025 (Dkt. No. 12) for the conference requirements; and

3.      Defendant may file a brief of no more than twenty (20) pages in support of its forthcoming motion to dismiss the First Amended Complaint.


IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable James Donato
United States District Judge

UNOPPOSED MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ALLOW OVERLENGTH
BRIEF; DECLARATION OF SONDRA A. HEMERYCK; AND [PROPOSED] ORDER