UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 20, 2025                                        Judge: Hon. James Donato

Time: 10 Minutes

Case No.      **3:25-cv-06995-JD**
Case Name     **Brenman et al v. United Airlines, Inc.**

Attorney(s) for Plaintiff(s):   Carter Greenbaum/Casey Olbrantz
Attorney(s) for Defendant(s):   Eli Litoff

Deputy Clerk: Lisa R. Clark                                   Court Reporter: Ana Dub

## PROCEEDINGS

Case Management Conference -- Held

## NOTES AND ORDERS

The parties are directed to file by December 1, 2025, a joint statement identifying a mediator. United Airlines' request to stay discovery, Dkt. No. 34, is denied. The Court will issue a scheduling order.