United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC BRENMAN, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

Case No. 25-cv-06995-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
| --- | --- |
| Add parties or amend pleadings | January 12, 2026 |
| Fact discovery cut-off | September 3, 2026 |
| Expert disclosures | October 1, 2026 |
| Rebuttal expert disclosures | October 29, 2026 |
| Expert discovery cut-off | November 25, 2026 |
| Last day to file motion for class certification | December 23, 2026 |
| Class certification response | January 27, 2027 |
| Class certification reply | February 10, 2027 |
| Last day to file dispositive and FRE 702 motions | June 25, 2027 |

| Event | Deadline |
|---|---|
| Pretrial conference | September 30, 2027, at 1:30 p.m. |
| Jury Trial | October 18, 2027, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
JAMES DONATO
United States District Judge