

**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone:    (312) 471-8700
Facsimile:    (312) 471-8701
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:    (415) 275-8550
Facsimile:    (415) 275-8551

*Attorneys for Defendant*
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARC BRENMAN, AVIVA COPAKEN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

     Plaintiffs,

     v.

UNITED AIRLINES, INC.,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 3:25-cv-06995-JD**

**JOINT STATEMENT REGARDING MEDIATION**

Complaint Filed: August 19, 2025
Honorable James Donato

In response to this Court's November 21, 2025 Order (ECF No. 35), Plaintiffs Marc Brenman, Aviva Copaken, Sean Minyard, Robert Monroe, and Cindy Pawlowski (collectively, "Plaintiffs") and Defendant United Airlines, Inc. ("Defendant"), by and through their respective attorneys, state as follows:

On November 21, 2025, this Court ordered the parties to file a joint statement identifying a mediator. ECF No. 35.

Pursuant to the Court's order, the parties have conferred in good faith and agree the best

3:25-cv-06995-JD

course of action is to proceed with a settlement conference before a Magistrate Judge to be assigned by this Court. Accordingly, the parties stipulate and jointly request a settlement conference pursuant to ADR Local Rule 7-2.

Dated: November 25, 2025

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Sondra A. Hemeryck*

Sondra A. Hemeryck (*pro hac vice*)
Eli Litoff (*pro hac vice*)
Steven E. Vogel (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile:  (312) 471-8701
shemeryck@rshc-law.com
elitoff@rshc-law.com
svogel@rshc-law.com

Jeffrey R. Williams (CSB No. 084156)
RILEY SAFER HOLMES & CANCILA LLP
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:(415) 275-8550
Facsimile: (415) 275-8551

*Attorneys for Defendant*,
UNITED AIRLINES, INC.

Dated: November 25, 2025

GREENBAUM OLBRANTZ, LLP

By: */s/ Carter E. Greenbaum*

Carter E. Greenbaum (SBN 344692)
carter@greenbaumolbrantz.com
GREENBAUM OLBRANTZ, LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119

Casey Olbrantz (*admitted pro hac vice*)
casey@greenbaumolbrantz.com
GREENBAUM OLBRANTZ, LLP
244 Fifth Avenue, Suite C221
New York, NY 10001
Tel: (332) 222-9119

*Attorneys for Plaintiffs*

-2-        3:25-cv-06995-JD

JOINT STATEMENT REGARDING MEDIATION