Carter E. Greenbaum (SBN 344692)
**GREENBAUM OLBRANTZ, LLP**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARC BRENMAN, AVIVA COPAKEN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC,<br><br>Defendant. | ) | Case No. 3:25-cv-06995-JD<br><br>**PLAINTIFFS' FIRST SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 3-15** |

**CIVIL L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Specifically, pursuant to Civil L.R. 3-15, the following entity "provides funding for the litigation and [] has a financial interest in the outcome of the litigation":

Signal Peak Partners, LLC, a Texas Limited Liability Company

Dated: April 7, 2026

Respectfully Submitted,

/*Carter E. Greenbaum*

Carter E. Greenbaum (SBN 344692)
**GREENBAUM OLBRANTZ, LLP**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com