**APPENDIX A:**

**DEFINITION OF SEAT FEE:** "Seat Fee(s)" mean any consideration paid or utilized by a passenger, whether in the form of cash, reward points, credit card benefits, status, or the like, to select a particular seat or kind of seat on an airplane. Seat Fees shall include, for example, any fee charged or status required by United that includes the ability to select a particular seat or kind of seat, such as fees charged to upgrade from Basic Economy to Economy.

**UNITED'S RESPONSE:** United objects to the Definition of "Seat Fee(s)" as overly broad and seeking discovery of information that is not relevant to any party's claim or defense or proportional to the needs of the case to the extent it includes amounts paid by passengers for business or first class seats, because such passengers do not pay a fee to select any particular seat within those fare classes; rather, they pay for myriad benefits associated with those fare classes. United similarly objects to this Definition to the extent it includes amounts paid by passengers to upgrade from Basic Economy to Economy, as such amounts are paid for a change in fare class, not for the ability to select a particular seat. United further objects to this Definition to the extent it characterizes "credit card benefits, status, or the like" as "consideration" paid by a passenger to select a seat. In responding to the Request, unless otherwise specified, United will construe Seat Fees to include only amounts paid, either in cash or MileagePlus miles, by (a) Economy passengers to select an Economy Plus or Preferred Economy seat, or (b) Basic Economy passengers to obtain the ability to select a seat without upgrading to the Economy fare class.

**REQUEST FOR PRODUCTION 1:** Documents sufficient to identify all Windowless Window Seats on all of Your aircraft that flew to, from, or within the United States, including seat number, relevant aircraft model, and unique registration number (tail number).

**UNITED'S RESPONSE:** In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request on the ground that it is overbroad and not proportional to the needs of this case to the extent it requests documents for each individual aircraft, including but not limited to the "unique registration number (tail number)" of each aircraft. United further objects that this Request is overbroad, unduly burdensome and seeks documents that are not relevant to any party's claim or defense or proportional to the needs of the case in that it seeks discovery relating to Exterior Row Seats having a window that is partially obstructed, and to the extent it seeks discovery concerning Windowless Window Seats in any first class or business class cabin. United further objects that this Request seeks confidential and proprietary information of United, which United objects to producing absent the entry of an appropriate confidentiality protective order.

Without waiving these objections, United will produce nonprivileged documents or information sufficient to identify, by seat number and aircraft model, all Exterior Row Seats in the Economy cabin that lack or lacked any exterior window, on any United or United Express flight to, from or within the United States, for the period from January 1, 2019 to September 5, 2025, to the extent such documents or information exist and can be located by means of a reasonable search.

Such documents and information generally do not exist for the time period prior to January 1, 2019. United will not search for or produce other documents or information sought by this Request.

**REQUEST FOR PRODUCTION 2:** For each seat identified in Request No. 1, a picture that includes a view of the fuselage beside such seat.

**UNITED′S RESPONSE:** In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request on the ground that it is overbroad, unduly burdensome and seeks documents that are not relevant to any party's claim or defense or proportional to the needs of the case in that it seeks discovery relating to Exterior Row Seats having a window that is partially obstructed.

Without waiving these objections, United will produce responsive documents in its possession, custody or control relating to the seats identified in its response to Request No. 1, to the extent such documents exist and can be located by means of a reasonable search. The inclusion of any photograph in United's document production is not an admission that such seat depicted in the photograph constitutes an Exterior Row Seat that lacks an exterior window. United will not search for or produce other documents sought by this Request.

**REQUEST FOR PRODUCTION 3:** Your transaction-level ESI and data, by passenger and day (in machine-readable format such as *.csv, *.txt, or other native flat file format) during the period January 1, 2017 through the present for all flights to, from, or within the United States to passengers who sat in Windowless Window Seats. Such data shall include: (a) customer identification information, including but not limited to name, address, email address, customer number, or frequent flyer account number; (b) dates of transaction and travel; (c) itinerary number; (d) Ticket numbers; (e) base travel fare; (f) the kind and amount of each and every Seat Fee; (g) the total monetary sum of the transaction, as well as the form of payment (including, for example, the redemption of rewards, utilization of status, or benefits); (h) refunds paid or credits issued by You; (i) any discounts associated with the transaction; (j) Coupon number; (k) for conjunction tickets, a method to identify the ticket as a conjunction ticket and link with ticket numbers; (l) passenger seat number(s); (m) the relevant aircraft model and unique registration number; and (n) identification of the Passenger Booking Interface through which the passenger purchased the Ticket.

**UNITED′S RESPONSE:** In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request on the ground that the request for 14 categories of information for each potential nationwide class member spanning more than eight years is overbroad, unduly burdensome and not proportional to the needs of the case. United further objects that the Request is overbroad, unduly burdensome and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of the case in that it requests information relating to Exterior Row Seats having a window that is partially obstructed, and information about "Seat Fees," which Plaintiffs have improperly defined to include not just consideration paid in the form of cash or MileagePlus miles, but also "credit card benefits, status, or the like." Responding further, United objects to this Request on the ground that it is overbroad and not proportional to the needs of this case to the extent it requests the "unique registration number" of each aircraft and to the extent it seeks data and information from as early as January 1, 2017. United further objects to Plaintiffs' request for "the total monetary sum" of each transaction, "as well as the form of payment (including, for example, the redemption of rewards, utilization of status, or benefits)," on the ground that the "redemption of rewards" and "benefits" are vague and ambiguous, and "utilization of status" is not "consideration" paid by a passenger to select a seat. United further objects that the request for "base travel fare" is unduly burdensome and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of the case

because fares generally are not broken out by travel segments (meaning that, for example, a passenger could have an Exterior Row Seat without an exterior view only on one leg of a two-leg flight, but with a single "base fare" for that itinerary), and because Plaintiffs' claims concern additional fees paid beyond the base fare to select a seat. United further objects that the phrase "discounts associated with the transaction" is vague and ambiguous, and (assuming Plaintiffs intend to refer to discounted base fares that a passenger may receive), the request for such information is irrelevant for the same reason that Plaintiffs' request for "base travel fare" is irrelevant. United further objects to this Request on the ground that it requests numerous categories of customer-identifying information, which is both premature, and would invade the privacy of rights of such individuals, who are not and have not agreed to be parties to the action, until and unless a class is certified. United further objects that this Request seeks confidential and proprietary information of United, which United objects to producing absent the entry of an appropriate confidentiality protective order that allows United to designate such information as Attorneys' Eyes Only.

Without waiving these objections, United is willing to meet and confer with Plaintiffs regarding the scope of this Request.

**REQUEST FOR PRODUCTION 10:** Documents sufficient to show all of Your marketing, sales, promotional, and training materials that reference a window or windows.

**UNITED'S RESPONSE:** In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request on the ground that the request for "all of [United's] marketing, sales, promotional, and training materials that reference a window or windows" in any way, for the 10-year period from January 1, 2016 to the present, is overbroad, unduly burdensome and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of the case. United further objects that the term "training materials" is vague and ambiguous (for instance, do Plaintiffs intend to request materials relating to the training of pilots, or flight attendants, or customer service representatives, any or all of which may reference "windows"?). United further objects that the documents sought by this Request are not relevant to Plaintiffs' claims, which are governed entirely by the CoC. United further objects that the request for "marketing, sales, promotional and training materials" potentially seeks confidential and proprietary information of United, which United objects to producing absent the entry of an appropriate confidentiality protective order that allows United to designate such documents as Attorneys' Eyes Only. United will not search for or produce documents sought by this Request.

**REQUEST FOR PRODUCTION 18:** All Documents and Communications relating to financial analyses of Seat Fees (including for any Exterior-Row Seats or Windowless Window Seats), the pricing of any Seat Fees, any cost-benefit analyses of Seat Fees (including by type of Seat Fee, or type of passenger, and form of consideration for such fees), and the decision to impose or introduce or not impose or not introduce Seat Fees.

**UNITED'S RESPONSE:** In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request as duplicative because it necessarily incorporates the information sought in Request No. 5, which is objectionable for the same reasons identified above. United further objects to this Request on the ground that the request for "all Documents and Communications" related to the subject matter set forth in the Request is facially overbroad and not proportional to the needs of the case. United further objects that the term "financial analysis" is vague and ambiguous. United further

objects that this Request is overbroad and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of the case because the term "Seat Fees," as defined by Plaintiffs, is not limited to amounts paid, either in cash or MileagePlus miles, by (a) Economy passengers to select an Economy Plus or Preferred Economy seat, or (b) Basic Economy passengers to obtain the ability to select a seat without upgrading to the Economy fare class, but instead includes amounts paid by passengers for business or first class seats, and amounts paid by passengers to upgrade from Basic Economy to Economy. United further objects that this Request is overbroad and seeks discovery that is not relevant or proportional to the needs of the case because "the decision to impose or introduce or not impose or not introduce Seat Fees," however defined, is of no relevance to Plaintiffs' claims. United further objects that this Request seeks confidential and proprietary information of United, which United objects to producing absent the entry of an appropriate confidentiality protective order that would allow United to designate the information sought by this Request as Attorneys' Eyes Only. In addition, United objects to this Request to the extent it purports to call for the production of documents protected by the attorney-client privilege and/or the work product doctrine.

Without waiving these objections, and subject to the entry of an appropriate confidentiality protective order, United will produce the documents identified in its response to Request No. 5. United will not search for or produce other documents sought by this Request.

**REQUEST FOR PRODUCTION 25:** Documents sufficient to show Your revenue and profits derived from all Seat Fees United charges by type of such fee, including documents sufficient to show Your revenue and profits from the sale of Exterior Row Seats and Windowless Window Seats.

**UNITED'S RESPONSE**: In addition to the foregoing Objections to Definitions and Instructions, United objects to this Request on the ground that it is overbroad and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of the case because the term "Seat Fees," as defined by Plaintiffs, is not limited to amounts paid, either in cash or MileagePlus miles, by (a) Economy passengers to select an Economy Plus or Preferred Economy seat, or (b) Basic Economy passengers to obtain the ability to select a seat without upgrading to the Economy fare class, but instead includes amounts paid by passengers for business or first class seats, and amounts paid by passengers to upgrade from Basic Economy to Economy. Additionally, the Request is overbroad and seeks discovery that is not relevant to any party's claim or defense or proportional to the needs of this case because it seeks discovery relating to Exterior Row Seats having a window that is partially obstructed, and because United's "profits" are of no relevance to Plaintiffs' claims. United further objects that this Request seeks confidential and proprietary information of United, which United objects to producing absent the entry of an appropriate confidentiality protective order that would allow United to designate the information sought by this Request as Attorneys' Eyes Only.

Without waiving these objections, and subject to the entry of an appropriate confidentiality protective order, United will produce nonprivileged documents sufficient to show United's revenue derived from amounts paid, either in cash or MileagePlus miles, by (a) Economy passengers to select an Economy Plus or Preferred Economy seat, or (b) Basic Economy passengers to obtain the ability to select a seat without upgrading to the Economy fare class, for Exterior Row Seats that lacked an exterior window, for the period from January 1, 2019 to September 5, 2025, to the extent such documents exist and can be located by means of a reasonable search. United will not search for or produce other documents sought by this Request.