**GREENBAUM OLBRANTZ LLP**

Carter E. Greenbaum (SBN 344692)
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com

Casey Olbrantz (*pro hac vice)*
244 Fifth Avenue, Suite C221
New York, NY 10001
Email: casey@greenbaumolbrantz.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARC BRENMAN, AVIVA COPAKEN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

Case No. 3:25-cv-06995-JD

**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(A) OF THE CLAIMS OF INDIVIDUAL PLAINTIFF AVIVA COPAKEN WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Aviva Copaken voluntarily dismisses her claims in this action without prejudice against Defendant United Airlines, Inc. This Notice leaves unaffected the claims of separately named Plaintiffs Marc Brenman, Sean Minyard, Robert Monroe, and Cindy Pawlowski, and of the unnamed putative absent class members. Copaken's dismissal under Rule 41(a)(1)(A)(i) is proper without further Court Order because the Defendant has not served an answer and no class has been certified.

United States District Court
Northern District of California

Respectfully Submitted:

Dated: July 17, 2026

**GREENBAUM OLBRANTZ LLP**

Carter E. Greenbaum

Carter E. Greenbaum (SBN 344692)
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
carter@greenbaumolbrantz.com
dylan@greenbaumolbrantz.com
Tel: (332) 222-9119

Casey Olbrantz (admitted *pro hac vice*)
Dylan Smith (admitted *pro hac vice*)
244 Fifth Avenue, Suite C221
New York, NY 10001
Casey@greenbaumolbrantz.com
dylan@greenbaumolbrantz.com
Tel: (332) 222-9119

**HART MCLAUGHLIN & ELDRIDGE**

Stewart Weltman (admitted *pro hac vice*)
1 South Dearborn, Suite 1400
Chicago, Illinois 60603
312-955-0545
sweltman@hmelegal.com

*Counsel for Plaintiffs*