Carter E. Greenbaum (SBN 344692)
GREENBAUM OLBRANTZ LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC BRENMAN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC,<br><br>Defendant. | Case No. 3:25-cv-06995-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. James Donato |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an order allowing Plaintiffs to file under seal documents containing information or references to information that Defendants designated as Confidential or Highly Confidential pursuant to the parties' Stipulated Protective Order. Plaintiffs state that the "good cause" standard applies because the underlying filing is a non-dispositive motion. *GPNE Corp. v. Apple, Inc.*, 2014 WL 12630065, at *1 (N.D. Cal. Apr. 9, 2014) ("Because the documents attached to nondispositive motions are often unrelated, or only tangentially related, to the underlying cause of action, parties moving to seal must meet the lower 'good cause' standard of Rule 26(c).") (internal quotations omitted). Plaintiff submits this request solely to comply with Civil Local Rule 79-5 and the Protective Order entered in this action and

takes no position at this time regarding the propriety of Defendants' confidentiality designations, or on whether the applicable standard for maintaining material under seal is satisfied.

Plaintiffs request that the Court seal the following portions of the documents to be filed:

| DOCKET NO. PUBLIC (SEALED) | DOCUMENT SOUGHT TO BE FILED UNDER SEAL | PORTION SOUGHT TO BE SEALED | EVIDENCE OFFERED IN SUPPORT OF SEALING | DESIGNATING PARTY |
|---|---|---|---|---|
| 77 (76-3) | Letter Regarding Discovery Dispute | Page 1, Paragraph 2, Line 5-6<br><br>Page 1, Paragraph 3, Lines 2-3, 3, 5-6, 7-10, 11-13, 14-16, 17-19<br><br>Page 2, Paragraph 1, Lines 2-3<br><br>Page 2, Paragraph 3, Line 6<br><br>Page 3, Paragraph 2, Line 3 | Declaration of Carter E. Greenbaum ⁋ 3 | Defendant |

Dated: August 7, 2026

Respectfully Submitted,

/s/ *Carter E. Greenbaum*

Carter E. Greenbaum (SBN 344692)
**GREENBAUM OLBRANTZ LLP**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
carter@greenbaumolbrantz.com

Casey Olbrantz
Dylan O. Smith

**GREENBAUM OLBRANTZ LLP**
244 Fifth Avenue, Suite C221
New York, NY 10001
Tel: (332) 222-9119
casey@greenbaumolbrantz.com
dylan@greenbaumolbrantz.com

*Attorneys for Plaintiffs*