Carter E. Greenbaum (SBN 344692)
GREENBAUM OLBRANTZ LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC BRENMAN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC,<br><br>Defendant. | Case No. 3:25-cv-06995-JD<br><br>**DECLARATION OF CARTER E. GREENBAUM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. James Donato |

I, Carter E. Greenbaum, declare as follows:

1. I am an attorney with Greenbaum Olbrantz LLP and counsel of record for Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. I am admitted to practice law in this District and am a member in good standing of the State Bar of California. I make this Declaration based on my personal knowledge of the matters set forth herein and based on my active participation in this litigation. If called upon to do so, I could and would testify competently thereto.

3. Plaintiff seeks leave of Court to file redacted versions of Plaintiffs' Discovery Letter Brief, dated August 7, 2026, which contains information or references to information that

Defendants designated as either Confidential or Highly Confidential – Attorney's Eyes Only pursuant to the parties' Stipulated Protective Order. Plaintiffs take no position at this time regarding the propriety of Defendants' confidentiality designations or whether they meet the "good cause" test for retaining confidentiality. Plaintiff seeks to seal the following portions of the filing:

- Page 1, Paragraph 2, Line 5-6
- Page 1, Paragraph 3, Lines 2-3
- Page 1, Paragraph 3, Line 3
- Page 1, Paragraph 3, Lines 5-6
- Page 1, Paragraph 3, Lines 7-10
- Page 1, Paragraph 3, Lines 11-13
- Page 1, Paragraph 3, Lines 14-16
- Page 1, Paragraph 3, Lines 17-19
- Page 2, Paragraph 1, Lines 2-3
- Page 2, Paragraph 3, Line 6
- Page 3, Paragraph 2, Line 3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of August, 2026.

Dated: August 7, 2026

Respectfully Submitted,

*/s/ Carter E. Greenbaum*

Carter E. Greenbaum (SBN 344692)
**GREENBAUM OLBRANTZ LLP**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
carter@greenbaumolbrantz.com

Casey Olbrantz
Dylan O. Smith
**GREENBAUM OLBRANTZ LLP**
244 Fifth Avenue, Suite C221
New York, NY 10001
Tel: (332) 222-9119
casey@greenbaumolbrantz.com
dylan@greenbaumolbrantz.com

*Attorneys for Plaintiffs*