**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARC BRENMAN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

UNITED AIRLINES, INC,

Defendant.

Case No. 3:25-cv-06995-JD

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**

Hon. James Donato

UPON CONSIDERATION of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED.

The following documents are hereby sealed:

| DOCUMENT | EVIDENCE OFFERED IN SUPPORT OF SEALING | COURT'S RULING |
| --- | --- | --- |
| Discovery Letter Brief<br><br>Page 1, Paragraph 2, Line 5-6 | C. Greenbaum Declaration ⁋ 3. | |
| Discovery Letter Brief<br>Page 1, Paragraph 3, Lines 2-3 | C. Greenbaum Declaration ⁋ 3. | |
| Discovery Letter Brief<br>Page 1, Paragraph 3, Line 3 | C. Greenbaum Declaration ⁋ 3. | |

| | | |
|---|---|---|
| Discovery Letter Brief Page 1, Paragraph 3, Lines 5-6 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 1, Paragraph 3, Lines 7-10 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 1, Paragraph 3, Lines 11-13 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 1, Paragraph 3, Lines 14-16 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 1, Paragraph 3, Lines 17-19 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 2, Paragraph 1, Lines 2-3 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 2, Paragraph 3, Line 6 | C. Greenbaum Declaration ¶ 3. | |
| Discovery Letter Brief Page 3, Paragraph 2, Line 3 | C. Greenbaum Declaration ¶ 3. | |

Dated: ________, 2026

______________________________

James Donato
United States District Judge