**GREENBAUM OLBRANTZ LLP**
Carter E. Greenbaum (SBN 344692)
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel: (332) 222-9119
Email: carter@greenbaumolbrantz.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARC BRENMAN, SEAN MINYARD, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

Case No. 3:25-cv-06995-JD

**STIPULATION OF DISMISSAL OF PLAINTIFF SEAN MINYARD PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sean Minyard and Defendant United Airlines, Inc., through their undersigned counsel, hereby stipulate that all claims asserted by Plaintiff Sean Minyard against Defendant United Airlines, Inc. are dismissed without prejudice. This dismissal applies only to Plaintiff Sean Minyard and leaves unaffected the claims of any other plaintiff or putative class member in this action.

United States District Court
Northern District of California

**IT IS SO STIPULATED:**

**GREENBAUM OLBRANTZ LLP**

Dated: August 11, 2026

*/s/ Carter E. Greenbaum*
Carter E. Greenbaum (SBN 344692)
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
carter@greenbaumolbrantz.com
(332) 222-9119

*Counsel for Plaintiffs*

**RILEY SAFER HOLMES & CANCILA LLP**

Dated: August 11, 2026

*/s/ Sondra A. Hemeryck*
Sondra A. Hemeryck (*Admitted PHV*)
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
shemeryck@rshc-law.com
(312) 471-8700

*Counsel for Defendant United Airlines, Inc.*