**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
JACOB L KAHN (*pro hac vice*)
jkahn@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 3:25-cv-06995-JD<br><br>**DEFENDANT UNITED AIRLINES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant United Airlines, Inc., by and through their undersigned attorneys, hereby move for an order allowing Defendant to file under seal a document containing information or references to information that Plaintiffs designated as "Confidential" pursuant to the parties' Stipulated Protective Order entered in this case (Dkt. 46).

Defendant submits this request solely to comply with Civil Local Rule 79-5 and the Protective Order and takes no position at this time regarding the propriety of Plaintiffs' confidentiality designations, or on whether the applicable standard for maintaining material under seal is satisfied.

Accordingly, Defendant requests that the Court seal the following portions of the document to be filed:

| DOCKET NO. PUBLIC (SEALED) | DOCUMENT SOUGHT TO BE FILED UNDER SEAL | PORTION SOUGHT TO BE SEALED | EVIDENCE OFFERED IN SUPPORT OF SEALING | DESIGNATING PARTY |
|---|---|---|---|---|
| 88<br>(87-3) | Discovery Letter Brief | Page 1, Paragraph 3, Lines 3-5<br><br>Page 2, Paragraph 4, Lines 1-7<br><br>Page 2, Paragraph 5, Lines 1-2<br><br>Page 3, Paragraph 1, Lines 1-5 | Hemeryck Decl. ¶¶ 2-3 | Plaintiffs |

Dated: August 26, 2026

Respectfully Submitted:

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ *Sondra A. Hemeryck*

Sondra A. Hemeryck (*pro hac vice*)
Jacob L. Kahn (*pro hac vice*)
Steven E. Vogel (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
shemeryck@rshc-law.com
jkahn@rshc-law.com
svogel@rshc-law.com

*Attorneys for Defendant*
UNITED AIRLINES, INC.