**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
JACOB L KAHN (*pro hac vice*)
jkahn@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 3:25-cv-06995-JD<br><br>**DECLARATION OF SONDRA HEMERYCK IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S ADMINISTRATIVE MOTION TO PARTIALLY FILE UNDER SEAL DISCOVERY LETTER MOTION** |

I, Sondra Hemeryck, hereby declare as follows:

1. I am attorney at law admitted *pro hac vice* to the Northern District of California and a partner with the firm of Riley Safer Holmes & Cancila LLP, counsel of record for Defendant United Airlines, Inc. I have personal knowledge of the matters herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

2. United seeks leave of Court to file redacted versions of its Discovery Letter Brief, dated August 26, 2026, which contains information or references to information that Plaintiffs designated as "Confidential" pursuant to the parties' Stipulated Protective Order. United takes no

position at this time regarding the propriety of Plaintiffs' confidentiality designations or whether they meet the "good cause" test for retaining confidentiality.

3. United seeks to seal the following portions of the filing:

- Page 1, Paragraph 3, Lines 3-5
- Page 2, Paragraph 4, Lines 1-7
- Page 2, Paragraph 5, Lines 1-2
- Page 3, Paragraph 1, Lines 1-5

I declare, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of August, 2026, in Chicago, Illinois.

Dated: August 26, 2026

By: /s/ *Sondra A. Hemeryck*
Sondra Hemeryck
Attorney for Defendant United Airlines