**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
JACOB L KAHN (*pro hac vice*)
jkahn@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

Case No. 3:25-cv-06995-JD

**[PROPOSED] ORDER RE: DEFENDANT UNITED AIRLINES, INC.'S ADMINISTRATIVE MOTION TO PARTIALLY FILE UNDER SEAL DISCOVERY LETTER MOTION**

The Court, having considered Defendant's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| PORTION OF DISCOVERY LETTER BRIEF | EVIDENCE OFFERED IN SUPPORT OF SEALING | COURT'S RULING |
|---|---|---|
| Page 1, Paragraph 3, Lines 3-5 | Hemeryck Decl. ¶¶ 2-3 | |
| Page 2, Paragraph 4, Lines 1-7 | Hemeryck Decl. ¶¶ 2-3 | |
| Page 2, Paragraph 5, Lines 1-2 | Hemeryck Decl. ¶¶ 2-3 | |
| Page 3, Paragraph 1, Lines 1-5 | Hemeryck Decl. ¶¶ 2-3 | |

Dated: _______________, 2026

_________________________________

JAMES DONATO
United States District Court Judge