**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
JACOB L KAHN (*pro hac vice*)
jkahn@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | **Case No. 3:25-cv-06995-JD**<br><br>**DECLARATION OF SONDRA HEMERYCK IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S ADMINISTRATIVE MOTION TO AUTHORIZE SERVICE OF SUBPOENAS** |

I, Sondra Hemeryck, hereby declare as follows:

1. I am attorney at law admitted *pro hac vice* to the Northern District of California and a partner with the firm of Riley Safer Holmes & Cancila LLP, counsel of record for Defendant United Airlines, Inc. I have personal knowledge of the matters herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

2. On August 10, 2026, Plaintiffs served their Second Supplemental Initial Disclosures, identifying Jake Emen as a witness whose anticipated testimony covers: "Experiences with Windowless Window Seats, Disclosures concerning Windowless Window Seats, Defendant's contractual promises and obligations, communications with Defendant, and damages suffered."

Emen's disclosed contact information is jake.emen@gmail.com and 240-994-1722. The disclosures also identify Marc Brenman, Robert Monroe, Sean Minyard, Cindy Pawlowski, and Mark Pawlowski. Marc Brenman, Robert Monroe, Sean Minyard, and Cindy Pawlowski are named Plaintiffs, and Mark Pawlowski is Plaintiff Cindy Pawlowski's spouse. All other disclosed witnesses are United employees or agents whose contact information is described as "in the possession of Defendant." Excluding Sean Minyard, who has been dismissed from this action, the only non-United witnesses identified in the disclosures are the three remaining named Plaintiffs, one Plaintiff's spouse (Mark Pawlowski), and Emen.

3. On August 18, 2026, United served a Notice of Document Subpoena to Jake Emen on Plaintiffs' counsel. A true and correct copy of the Notice of Document Subpoena is attached hereto as **Exhibit A**.

4. On August 21, 2026, United's counsel notified Plaintiffs' counsel via email that United intended to serve a subpoena to testify at a deposition on Jake Emen. A true and correct copy of that email is attached hereto as **Exhibit B**.

5. United retained an investigation firm to locate and personally serve Emen. The details of the service attempts and their results are set forth in the Affidavit of Sean Conley, the process server who attempted service, attached hereto as **Exhibit C**, and the Affidavit of Jason Lendrum, a licensed private investigator who monitored the property, attached hereto as **Exhibit D**.

6. Emen's publicly available biography on InsideHook describes him as "a nomadic travel, food and drinks journalist" who has "traveled full-time without a home base for more than five years." A true and correct copy of the InsideHook biography page is attached hereto as **Exhibit E**.

7. Emen authored an article published by InsideHook on April 13, 2023 titled "Help, My Window Seat Doesn't Have a Window," describing his personal experiences on multiple airlines including United. Plaintiffs produced this article in discovery on August 11, 2026.

8. On August 28, 2026, United's counsel emailed Plaintiffs' counsel a proposed stipulation under Civil Local Rule 7-12, seeking Plaintiffs' agreement to alternative service of the subpoenas on Emen by email and certified mail.

9. On August 31, 2026, Plaintiffs' counsel responded that Plaintiffs would not agree to the proposed stipulation and did not know yet whether they would oppose this motion. Accordingly, a stipulation could not be obtained, and this declaration is therefore submitted in place of a stipulation pursuant to Civil Local Rule 7-11(a).

I declare, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of August, 2026, in Chicago, Illinois.

Dated: August 31, 2026

By: /s/ *Sondra Hemeryck*
Sondra Hemeryck
Attorney for Defendant United Airlines