# EXHIBIT C

# AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:25-CV-06995-JD

Plaintiff:
**MARC BRENMAN, et.al.**

vs.

Defendant:
**UNITED AIRLINES, INC**

For:
Subrosa Investigations
3003 N. Central Ave. #1070
Phoenix, AZ 85012

Received by HOT SHOT LEGAL SERVICES on the 19th day of August, 2026 at 8:47 am to be served on **Jake Emen, 13540 East Paradise Drive, Scottsdale, AZ 85259**.

I, Sean Conley, Badge MC-9145, being duly sworn, depose and say that on the **20th day of August, 2026** at **9:00 am, I:**

**NON-SERVED** the **SUBPOENA TO PRODUCE DOCUMENTS, ATTACHMENT 1** for the reason that I failed to find **Jake Emen** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/19/2026 2:10 pm Attempted service, I was able to get in the gate. Subject's father (matched photo) answered the door and stated Jake was not home. Closed door, would not communicate with me any further. No vehicles visible, there is a garage which was closed.
8/19/2026 Job is on hold/cancel efforts.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 24th day of August, 2026 by the affiant who is personally known to me.

Patti L. Owen
NOTARY PUBLIC

PATTI L. OWEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 676943
Expires October 20, 2028

**Sean Conley, Badge MC-9145**
Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026001846
Ref: Emem

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a