# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**for the**
**Northern District of California**

**MARC BRENMAN et al.**
***Plaintiff***

**v.** **Civil Action No: 3:25-cv-06995-JD**

**UNITED AIRLINES, INC.**
***Defendant***

**AFFIDAVIT OF JASON LENDRUM**

I, Jason Lendrum, having been duly sworn under oath, depose and state the following:

- I am a Private Investigator licensed in the State of Arizona under license number 1688724.
- I was retained to conduct surveillance at 13540 East Paradise Drive, Scottsdale, Arizona 85259 in an effort to observe the presence of Jake Emen for the purpose of serving process of a Subpoena To Produce Documents and a Subpoena To Testify At Deposition upon him.
- I conducted surveillance of the above listed address on Saturday, August 22, 2026, between the hours of 12PM and 8PM during which time I did not observe or serve process of the stated documents upon anyone I identified to be Jake Emen.
- I conducted surveillance of the above listed address on Sunday, August 23, 2026, between the hours of 7AM and 3PM during which time I did not observe or serve process of the stated documents upon anyone I identified to be Jake Emen.

Jason Lendrum

Subscribed and sworn before me
this 25th day of August, 2026

Notary Public

KEIVAN ROCHA
Notary Public - Arizona
Maricopa County
Commission # 641660
My Comm. Expires 12-15-2026