**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
JACOB L KAHN (*pro hac vice*)
jkahn@rshc-law.com
STEVEN E. VOGEL (*pro hac vice*)
svogel@rshc-law.com
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

**Case No. 3:25-cv-06995-JD**

**[PROPOSED] ORDER RE: DEFENDANT UNITED AIRLINES, INC.'S ADMINISTRATIVE MOTION TO AUTHORIZE SERVICE OF SUBPOENAS**

The Court, having reviewed Defendant United Airlines, Inc.'s Administrative Motion to Authorize Service of Subpoenas, and good cause appearing, IT IS HEARBY ORDERED as follows:

1. Defendant United Airlines, Inc. is authorized to serve the subpoena to produce documents and the subpoena to testify at a deposition on non-party Jake Emen by: (a) emailing copies of the subpoenas, the Court's Stipulated Order for Producing Documents and Electronically Stored Information (Dkt. 59), and a copy of this Order to jake.emen@gmail.com; and (b) mailing, via certified mail, copies of the same documents, together with the witness fees and mileage required by Federal Rule of Civil Procedure 45(b)(1), to Jake Emen at 13540 East Paradise Drive, Scottsdale, Arizona 85259.

2. Service shall be deemed complete upon transmission of the email.

3. This Order is without prejudice to any objection or motion to quash filed by Mr. Emen or any attorney representing him.

4. Mr. Emen shall raise any objection regarding the subpoenas to this Court within seven (7) days of being served with this Order.

5. Defendant shall serve this Order, along with copies of the subpoenas, by email and certified mail within one (1) business day of entry of this Order.

6. Mr. Emen shall comply with the subpoenas, including by attending a deposition held at a reasonable time and location, as agreed by the parties and Mr. Emen in good faith.

7. The September 3, 2026 fact-discovery cutoff is extended solely to permit Defendant to collect any documents produced by Mr. Emen and complete Mr. Emen's deposition. Mr. Emen shall produce responsive documents within ten (10) days of service. Mr. Emen's deposition shall take place no later than twenty-one (21) days after service, at a date, time, and location (or by remote means) to be agreed upon in good faith, with no fewer than seven (7) days' notice. All other case deadlines remain unchanged.

**IT IS SO ORDERED**

Dated:

JAMES DONATO
United States District Court Judge