GREENBAUM OLBRANTZ LLP

**Carter Greenbaum**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
carter@greenbaumolbrantz.com
(212) 732-6837 (Direct)

September 4, 2026

**Via ECF**

Honorable James Donato
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: *Brenman et al. v. United Airlines, Inc.*, Case No. 3:25-cv-06995 (N.D. Cal.)**

Dear Judge Donato,

I write on behalf of Plaintiffs in the above-captioned matter to withdraw Plaintiffs' letter motion, filed August 27, 2026, seeking relief concerning United's attempts to depose two third-party family members of Plaintiff Cindy Pawlowski, Dave Pawlowski and Karin Pawlowski. ECF 89 (Plaintiffs' letter); ECF 100 (United's letter). Plaintiffs understand that United did not effect service of process, and fact discovery closed yesterday, September 3, 2026. Consequently, the relief sought by Plaintiffs' letter motion is now moot. Plaintiffs thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Carter E. Greenbaum*
Carter E. Greenbaum
*Counsel for Plaintiffs*

cc: All counsel of record (via ECF)