**RILEY SAFER HOLMES & CANCILA LLP**
SONDRA A. HEMERYCK (*pro hac vice*)
shemeryck@rshc-law.com
ELI LITOFF (*pro hac vice*)
elitoff@rshc-law.com
JAKE KAHN (*pro hac vice*)
jkahn@rshc-law.com
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700

STEPHEN M. HANKINS (CSB No. 154886)
shankins@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550

**COVINGTON AND BURLING LLP**
ANDREW J. SOUKUP (*pro hac vice*)
asoukup@cov.com
One City Center
850 Tenth Street
Washington, DC 20001
Telephone: (202) 662-5066

MEGAN L. RODGERS (CSB No. 310344)
mrodgers@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700

*Attorneys for Defendant*
UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

**Case No. 3:25-cv-06995-JD**

**DECLARATION OF RACHEL MATOS IN SUPPORT OF DEFENDANT'S STATEMENT IN SUPPORT OF PARTIALLY SEALING DKT. 110**

I, Rachel Matos, declare as follows:

1. I write this declaration in Support of Defendant United Airlines, Inc.'s ("United") Statement in Support of Partially Sealing portions of Plaintiffs' September 10, 2026 Discovery Letter Motion, Dkt. 110 (the "Letter Motion"). I have personal knowledge of the facts set forth herein and if called as a witness could testify competently thereto.

2. I have been employed at United since May 2017.

3. During my tenure with United, I have worked in United's Enterprise Data Analytics, Operations Data Analytics, Loyalty & Marketing Analytics, and Digital Products departments, including in Senior Analyst, Manager, and Senior Manager roles.

4. I am currently the Senior Manager of United's Digital Products department, a role that I have held since November 2024. The Digital Products department is responsible for managing, planning, developing, and supporting a number of significant business initiatives, projects, and objectives that provide United a competitive commercial advantage in the airline industry. The Digital Products department's strategies, analyses, methods, and internal communications are not publicly known, publicly disclosed, and at times, known only to the individual members of the Digital Products department involved in the project.

5. I have reviewed the following portions of the Letter Motion in preparation of authoring this declaration:

- Page 2, ¶ 1, Line 4 (last 4 words) – Line 5 (first word)
- Page 2, ¶ 1, Lines 10–12 (from "April" to "project")
- Page 2, ¶ 2, Line 3 (from word 4 to "passengers")
- Page 2, ¶ 2, Lines 3–5 (from "citing" to "information")
- Page 2, ¶ 2, Lines 5–7 (from "United" to "area")
- Page 2, ¶ 2, Lines 9–11 (from "that" to "seats")
- Page 2, ¶ 3, Line 3 (words 6–11)
- Page 2, ¶ 3, Lines 4–5 (from "August" to "seats")
- Page 2, ¶ 3, Lines 6–9 (from word 7 to "group")
- Page 2, ¶ 4, Line 3 – Page 3, Paragraph 1, Lines 1–3 (from "dating" to "project")
- Page 3, ¶ 1, Lines 3–6 (from "All" to "not")
- Page 3, ¶ 2, Line 1 (words 4 to 9)
- Page 3, ¶ 2, Lines 5–6 (from "their" to "filed")
- Page 3, ¶ 2, Lines 6–8 (from "and" to "header")

6. Based on my personal knowledge, the references and quotes identified above contain sensitive confidential details that are not publicly known or available regarding United's operations, departmental structure, initiatives and objectives, employment practices, project management, data collection channels, business analysis, and strategies.

7. Public disclosure of this information would cause substantial harm to United by, among other things, allowing its competitors access to United's strategic business considerations,

current and future objectives, internal analyses, and method of operation. Such information would be of significant value to United's competitors, as it is used to maintain United's competitive position in the marketplace and derived from the expenditure of significant resources. Further, public disclosure of this information would cause United significant and material competitive harm in the marketplace for each jurisdiction in which United operates as it would allow competitors to benefit without the same expenditure of resources.

8. United takes great care to protect the confidentiality of this information given the competitive injury that would result if this information were publicly disclosed, including preventing disclosure of this information to third parties and maintaining the documents that contain this information on protected United servers and ShareFile databases.

9. Moreover, based on my experience in the airline industry, including managerial roles, the references made in the Letter Motion regarding two former United employees and their departure from United would expose the former employees to specific harm by negatively impacting their future employment prospects in the industry.

10. Public disclosure of the information referenced in the above-cited portions of the Letter Motion would substantially harm United's competitive position in the airline industry, provide an advantage to its competitors, and expose United's former employees who have not consented to public disclosure of private employment information.

I declare, under the penalty of perjury under the laws of the State of California that the foregoing is true and corrected. Executed this 17th day of September, 2026 in Chicago, Illinois.

Dated: September 17, 2026

By: *Rachel Matos*
Rachel Matos
Senior Manager Digital Products at United Airlines, Inc.