**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC BRENMAN, ROBERT MONROE, and CINDY PAWLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 3:25-cv-06995-JD<br><br>**[PROPOSED] ORDER ON DEFENDANT UNITED AIRLINES, INC.'S STATEMENT IN SUPPORT OF PARTIALLY SEALING DKT. 110** |

Before the Court is Defendant United Airlines, Inc.'s ("United") Statement in Support of Partially Sealing Dkt. 110 ("Statement") and the Declaration of Rachel Matos in Support thereof ("Matos Declaration"). United seeks to seal specific portions of Plaintiffs' September 10, 2026 Discovery Letter Brief, Dkt. 110 (filed under seal as Dkt. 109-3) (the "Letter Brief").

The Court has reviewed the Statement and the Matos Declaration and finds that good cause exists to seal the portions of the Letter Brief identified below. The Court further finds that the sealing request is narrowly tailored to seek sealing only of material that warrants protection. Accordingly, IT IS HEREBY ORDERED that the following portions of the Letter Brief shall be sealed:

| Document | Portion(s) to Seal | Evidence Offered in Support | Court's Ruling |
|---|---|---|---|
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶1, line 4 (last 4 words) – line 5 (first word) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 1, lines 10–12 (from "April" to "project") | Matos Decl. ¶¶ 5-10 | |

| | | | |
|---|---|---|---|
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 2, line 3 (from word 4 to “passengers”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 2, lines 3–5 (from “citing” to “information”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 2, lines 5–7 (from “United” to “area”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 2, lines 9–11 (from “that” to “seats”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 3, line 3 (words 6-11) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 3, lines 4–5 (from “(August” to “seats”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 3, lines 6–9 (from word 7 to “group”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 2, ¶ 4, line 3 – Page 3, ¶ 1, lines 1–3 (from “dating” to “project”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 3, ¶ 1, lines 3–6 (from “All” to “not”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 3, ¶ 2, line 1 (words 4 to 9) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 3, ¶ 2, lines 5–6 (from “their” to “filed”) | Matos Decl. ¶¶ 5-10 | |
| Discovery Letter Brief (Dkt. 110) | Page 3, ¶ 2, lines 6–8 (from “and” to “header”) | Matos Decl. ¶¶ 5-10 | |

**IT IS SO ORDERED.**

Dated: _______________, 2026

JAMES DONATO
United States District Court Judge